Fair Labor Standards Act Consent

I consent to be a party plaintiff in a lawsuit against __ICE CREAM HOUSE, LLC__, and/or related entities and individuals in order to seek redress for violations of Fair Labor Standards Act, pursuant 29U.S.C. §216 (b). I hereby designate the Law offices of William Cafaro to represent me in such lawsuit.

_[signature]_

Signature

William david galicia

Full Name

Address: ____

City: ____ State: ____ Zip Code: ____