## Fair Labor Standards Act Consent

I consent to be a party plaintiff in a lawsuit against ICE CREAM HOUSE, LLC, and/or related entities and individuals in order to seek redress for violations of Fair Labor Standards Act, pursuant 29U.S.C. §216 (b). I hereby designate the Law offices of William Cafaro to represent me in such lawsuit.

_____
Signature

Nicasio Jesus Catinac Coj
Full Name

Address:_____

City:_____ State:_____ Zip Code:_____