UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X  Case No: 1:16-cv-06738
WILLIAM GALICIA, on Behalf of
Himself and All Others Similarly Situated,

                      Plaintiffs,

                                              **NOTICE OF APPEARANCE**

     -vs.-

ICE CREAM HOUSE ON BEDFORD AVE LLC,
ICE CREAM HOUSE, LLC, DANIEL KLEIN,
DAVID KLEIN, and VICTOR KLEIN,

                      Defendants.
----------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Amit Kumar of THE LAW OFFICES OF WILLIAM CAFARO hereby enters his appearance as counsel for the Plaintiffs in the above-captioned proceeding. I certify that I am admitted to practice in this court.

Dated: December 6, 2016
       New York, New York

                                            Respectfully Submitted

                                            /s/_Amit Kumar_____
                                            Amit Kumar (AK0822)
                                            *Attorney for the Plaintiffs*
                                            The Law Offices of William Cafaro
                                            108 West 39th Street, Suite 602
                                            New York, New York 10018
                                            Main: 212 – 583 – 7400
                                            Fax:   212 – 583- 7401
                                            AKumar@CafaroEsq.com