Fair Labor Standards Act Consent

I consent to be a party plaintiff in a lawsuit against _____Ice Cream House LLC_____, and/or related entities and individuals in order to seek redress for violations of Fair Labor Standards Act, pursuant 29U.S.C. §216 (b). I hereby designate the Law offices of William Cafaro to represent me in such lawsuit.

*Edwin L.*

Signature

*Edwin obdulio López Matéo*

Full Name

Address: 32 Nostrand AV 4L

City: Brooklyn  State: N.Y  Zip Code: 11205