UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WILLIAM GALICIA, on Behalf of
Himself and All Others Similarly Situated,

                Case No.: 16-cv-6738 (CBA) (PK)

         Plaintiffs,

                **AFFIDAVIT OF SERVICE**

    -vs-

ICE CREAM HOUSE ON BEDFORD AVE
LLC, ICE CREAM HOUSE, LLC, DANIEL
KLEIN, DAVID KLEIN, and VICTOR
KLEIN,

         Defendants.
-----------------------------------------------------------X
STATE OF NEW YORK  )
                        ) ss:
COUNTY OF NEW YORK  )

      Gladys Rosales, being duly sworn, says:

      I am not a party to the action; I reside in Richmond County, NY and I am over 18 years of age.

      On January 30, 2017 I served the within **ORDER AND NOTICE OF INITIAL CONFERENCE** via email and by depositing true copies thereof, enclosed in a postpaid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following at the last known addresses set forth below:

*Via Ordinary Mail and Email to* benjamin@ottingerlaw.com
Attn: Benjamin D. Weisenberg, Esq.
The Ottinger Firm, P.C.
401 Park Avenue South
New York, NY 10016

Sworn to before me
on January 30, 2017

_____                _____
NOTARY PUBLIC                                    Gladys Rosales

**AMIT KUMAR**
**Notary Public State of New York**
No. 02KU6289837
Certified in Nassau County
Commission Expires Sept. 30, 2017